Case Name: MATTHEW S. O'HAVER
Case No:   07 B 70890

# **CERTIFICATION OF REVIEW**

      The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 9/19/07                                    WILLIAM T. NEARY
                                          United States Trustee, Region 11


                               BY:   ___/s/_____
                                          CAROLE J. RYCZEK
                                          Attorney for the U.S. Trustee