**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

IN RE:
O'HAVER, MATTHEW S.

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-0061

CHAPTER 7 -- Liquidation

CASE NO. 07-70890 MB

HONORABLE MANUEL BARBOSA

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:  U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL  61101

    on:  **OCTOBER 17, 2007**
    at:  9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 16.25 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 1,188.25 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 1,751.16 | |

4. The Trustee's Final Report shows total:

     a. Receipts                                       $_____10,011.56

     b. Disbursements                           $_____0.00

     c. Net Cash Available for Distribution      $_____10,011.56

5.     In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $7,055.90, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $15,402.91, resulting in an approximate distribution of 45.81% to unsecured creditors, plus interest.

6.     The debtor has been discharged.

7.     The Trustee proposed to abandon the following property at the hearing:

        See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: September 18, 2007             For the Court,

                                                               By:/s/ BERNARD J NATALE

                                                                        Trustee

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 1              Date Rcvd: Sep 20, 2007
Case: 07-70890                 Form ID: pdf002             Total Served: 17

The following entities were served by first class mail on Sep 22, 2007.
db           +Matthew S. O'Haver,    469 E. Elm Rd,    Freeport, IL 61032-9180
aty          +John J Carrozza,    Brian A. Hart Law Offices,    308 W. State Street,    Suite M-8,
               Rockford, IL 61101-1139
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
11305945      Bank of America,    Bankruptcy Department,    P.O. Box 26012, NC41050314,
               Greensboro, NC 27420-6012
11305946     +Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
11305949     +CLC Consumer Services Co,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
11305947     +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11305948      Capital One,    P.O. Box 105131,    Atlanta, GA 30348-5131
11305950     +FIA Card Services,    P.O. Box 15137,    Wilmington, DE 19850-5137
11305951     +Micheal D. Fine,    131 South Dearborn St.,    Floor 5,    Chicago, IL 60603-5517
11305952     +NCO Financial Systems,    Dept. 300,    1804 Washington Blvd.,    Baltimore, MD 21230-1700
11305953     +Northland Group, Inc.,    P.O. Box 390857,    Edina, MN 55439-0857
11305954     +Patricia O'Haver,    200 W. Market Street,    Rock City, IL 61070-9537
11305955      TRS Recovery Services, INC.,    P.O. BOX 60012,    City Of Industry, CA 91716-0012
11305956     +Union Savings Bank,    P.O. Box 540,    Freeport, IL 61032-0540
11305958     +Washington Mutual Card Services,    P.O. Box 660433,    Dallas, TX 75266-0433
11305957     +Washington Mutual Card Services,    P.O. Box 660487,    Dallas, TX 75266-0487

The following entities were served by electronic transmission on Sep 21, 2007.
11305945      E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 21 2007 03:18:35      Bank of America,
               Bankruptcy Department,    P.O. Box 26012, NC41050314,    Greensboro, NC 27420-6012
11305946     +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 21 2007 03:18:35      Bank of America,
               P.O. Box 15026,    Wilmington, DE 19850-5026
11305950     +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 21 2007 03:18:35      FIA Card Services,
               P.O. Box 15137,    Wilmington, DE 19850-5137
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 22, 2007**           **Signature:**   _Joseph Speetjens_